IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

    Defendant.

---

**ORDER REGARDING MOTION TO VACATE
PRETRIAL SCHEDULING CONFERENCE**

---

Plaintiff's Motion to Vacate Pretrial Scheduling Conference and Telephone Status Conference (Dkt. # 9), is GRANTED IN PART. It is hereby

ORDERED that the pretrial scheduling conference currently set before the undersigned for July 25 at 8:30 a.m. is RESET to **Wednesday, August 30, 2006 at 8:30 a.m.** The Proposed Joint Scheduling Order is due **at least five days before the Scheduling Conference.** Whether to reschedule the telephone status conference set for August 4, 2006 by the Magistrate Judge in his Minute Order of June 30, 2006 is the prerogative of the Magistrate Judge, and that matter accordingly is referred to him.

DATED: July 19, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge