IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

    Defendant.

## ORDER RE SECOND AMENDED SCHEDULING ORDER

The parties' Joint Motion to File Second Amended Scheduling Order (Dkt. # 25) is GRANTED. The Court being fully advised, it is hereby

ORDERED that the proposed Second Amended Scheduling Order (Dkt. # 26) is accepted as filed and that it hereby SUPERSEDES the Amended Scheduling Order (Dkt. # 29) previously signed by this Court.

DATED:  January 18, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge