IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

Plaintiff(s),

v.

RICARDO E. SALAZAR,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Entry of Stipulated Protective Order (docket no. 33) is GRANTED.  The written Stipulated Protective Order is APPROVED and made an Order of Court.

Date:   February 14, 2007