IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-1213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for LEANN SALAZAR,

    Defendant.

---

**ORDER**
( Docket No. 36 )

---

THIS MATTER, coming before the Court on Plaintiff/Counterclaim Defendant Allstate Indemnity Company's Unopposed Motion for Forthwith Order Compelling Production of Settlement Documents and the Court being fully advised in the premises,

HEREBY ORDERS Defendant/Counterclaim Plaintiff to produce the Settlement Documents as defined in the Motion.

DATED this 22nd day of February, 2007.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

467358v.1