IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

    Defendant.

## ORDER GRANTING MOTION TO CONTINUE TRIAL AND AMEND SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Continue Trial and Amend Scheduling Order (Dkt. # 38). The Court being fully advised, hereby ORDERS that the motion is GRANTED. The April 6, 2007 Final Pretrial Conference, the May 4, 2007 Final Trial Preparation Conference and the May 7, 2007 trial in this matter are VACATED, and the parties are DIRECTED to confer and contact this Court's chambers (at 303-335-2174) via conference call no later than March 9, 2007 to reschedule these dates.

IT IS FURTHER ORDERED that the Second Amended Scheduling Order is AMENDED, with new dates as follows:

- Discovery Cutoff: **July 20, 2007** (fact); **August 30, 2007** (expert);
- Dispositive Motion Deadline: **August 20, 2007**;

! The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) by **July 22, 2007**;

! The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in F.R.Civ.P. 26(a)(2) on or before **August 10, 2007**.

DATED:  February 27, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge