IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

    Defendant.
_____

## ORDER RESETTING CASE FOR TRIAL
_____

The above-captioned matter has been scheduled for a **ten-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, November 26, 2007, at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, November 16, 2007, at 3:00p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend in person, unless a written motion for alternative appearance is filed with the Court .**

DATED: March 12, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            Phillip S. Figa
                                            United States District Judge