IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

       Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

       Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND DEADLINES** (Docket No. 47)

THE COURT, having reviewed the Unopposed Motion to Extend Deadlines filed by Plaintiff, and being fully advised in the premises, HEREBY ORDERS that said Motion is GRANTED. The existing case deadlines shall be amended as follows:

| | |
|---|---|
| Deadline to serve requests for production: | July 20, 2007 |
| Fact discovery cutoff: | August 31, 2007 |
| Expert disclosures pursuant to Rule 26(a)(2): | August 24, 2007 |
| Expert disclosures re Dr. Laetitia Thompson: | October 1, 2007 |
| Rebuttal expert disclosures: | September 10, 2007 |
| Rebuttal disclosures re Dr. Thompson: | October 15, 2007 |
| Filing of dispositive motions: | September 21, 2007 |
| Expert discovery cutoff: | October 1, 2007 |
| Expert discovery cutoff re Dr. Thompson: | November 1, 2007 |

DATED this 28th day of June, 2007.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO