IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

Plaintiff(s),

v.

RICARDO E. SALAZAR,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Plaintiff and Counterclaim Defendant Allstate Indemnity Company's Motion to Amend Complaint for Declaratory Judgment (docket no. 53) is GRANTED.  The Amended Complaint (docket no. 53-2) is accepted for filing today.  Fed. R. Civ. P. 15(a) provides that, after a responsive pleading has been filed, a party may amend its complaint "only by leave of court or by written consent of the adverse party."  Although such leave shall be freely given when justice so requires, whether to grant such leave is within the discretion of the trial court.  <u>First City Bank N.A. v. Air Capitol Aircraft Sales, Inc., 820 F.2d 1127, 1132</u> (10th Cir. 1987).  Since the subject motion (docket no. 53) has been filed after the deadline to amend pleadings as set forth in the Rule 16 Scheduling Order, the movant must show "good cause" under Fed. R. Civ. P. 16.  Here, I find good cause has been demonstrated to allow the requested amendments to the complaint.  I do not find undue delay on behalf of the movant nor do I find that such amendments would be futile noting that movant is not seeking to recover any alleged overpayments to Ms. Salazar.  <u>See</u> paragraph 5 in the subject motion (docket no. 53).

Date: August 13, 2007