IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01213-PSF-MJW

ALLSTATE INDEMNITY COMPANY,

    Plaintiff,

v.

RICARDO E. SALAZAR, as Conservator and Guardian for
LEANN SALAZAR, an incapacitated person,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal With Prejudice (Dkt. # 93), filed pursuant to F.R.Civ.P. Rule 41(a)(1). The Court being fully advised, hereby

ORDERS that this action and all claims and counterclaims asserted herein are DISMISSED WITH PREJUDICE, each party to bear his or its own costs and attorneys' fees.

DATED: November 13, 2007

                                                  BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                Phillip S. Figa
                                                United States District Judge